IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JESSIE S. BARBEE**                                                                                      **PLAINTIFF**
**ADC #107307**

**v.**                                  **Case No. 2:13-cv-00034 KGB/HDY**

**ARKANSAS DEPARTMENT**
**OF CORRECTION** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice with respect to plaintiff Jessie Barbee's claims against the Doe defendants and with prejudice in all other respects; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge